UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELAZQUEZ,<br><br>                     Plaintiff,<br><br>          v.<br><br>O. BEREQOUSKAYA, et al.,<br><br>                     Defendants. | No. 1:19-cv-01760-DAD-SKO (PC)<br><br><u>ORDER ADOPTING FINDINGS AND</u><br><u>RECOMMENDATIONS AND DISMISSING</u><br><u>ACTION</u><br><br>(Doc. No. 12) |

      Plaintiff Jose Velazquez is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 21, 2020, the assigned magistrate judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and determined that it failed to state a cognizable claim for relief. (Doc. No. 9.)  Plaintiff was granted leave to file a first amended complaint attempting to cure the deficiencies identified by the magistrate judge within thirty (30) days after service of that screening order.  (*Id*. at 11–12.)  Plaintiff was warned that his failure to file a first amended complaint in compliance with the screening order would result in a recommendation that this action be dismissed for failure to state a claim.  (*Id*. at 12.)  Plaintiff failed to file a first amended complaint or otherwise respond to the court's screening order.  Accordingly, on April 14, 2020, the magistrate judge issued an order to show cause why this action should not be dismissed for

1

failure to comply with a court order. (Doc. No. 11.) Plaintiff did not respond to that order to show cause or otherwise communicate with the court.

On May 22, 2020, the magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim for relief and failure to obey court orders. (Doc. No. 12.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 22, 2020 (Doc No. 12) are adopted in full;

2. This action is dismissed due to plaintiff's failure to state a claim and failure to obey court orders; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 6, 2020**

_____
UNITED STATES DISTRICT JUDGE